STATE OF CONNECTICUT *v.* KAREEM HEDGE

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 693 (AC 25372), is denied.

*H. Jeffrey Beck*, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided March 31, 2006

---

STATE OF CONNECTICUT *v.* CARLOS
RODRIGUEZ, SR.

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 739 (AC 25393), is granted, limited to the following issue: